UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **CHRISTOPHER KELLEHER,** | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 24-40146-MRG |
| **TOWN OF BROOKFIELD,** | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER OF DISMISSAL

**Guzman, D.J.**

In accordance with the Memorandum and Order dated May 30, 2025 dismissing this case, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED, with prejudice.

By the Court,

May 30, 2025                                                                     /s/Suzanne Frisch
Date                                                                                    Deputy Clerk